JS6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

Y.Y.B.M., Y.E.G.M., and Y.H.P.M., minors, by and through Guardian ad Litem Erica Santamaria,

Petitioners,

v.

ANGIE SALAZAR, ET AL.,

Respondents.

No. ED CV 26-5612-E

JUDGMENT

Pursuant to the "Order Re Petition for Writ of Habeas Corpus," filed concurrently herein, IT IS ADJUDGED THAT Petitioners are granted a conditional writ of habeas corpus. If ORR fails to issue a final decision on the sponsorship application of Petitioners' mother on or before November 16, 2026, then Respondents release Petitioners to the custody and care of their mother on that date.

Dated: October 30, 2026

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE